February 27, 2009

Mr. James L. Drought
Drought Drought & Bobbitt LLP
112 East Pecan St., Suite 2900
San Antonio, TX 78205
Mr. Jesse R. Castillo
Castillo Snyder, P.C.
300 Convent Street, Suite 1020
San Antonio, TX 78205

RE: Case Number: 08-0405
 Court of Appeals Number: 04-07-00482-CV
 Trial Court Number: 1999-CI-11287

Style: RETAMCO OPERATING, INC.
 v.
 DOUGLAS B. MCCALLUM, LLC

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |